SOMERS OSMUN v. JUNE R. MCGOWAN, ETC.

December 22, 1980.

The Court having determined that certification was improvidently granted;

It is ORDERED that the within appeal be and hereby is dismissed.  (See 84 *N.J.* 467)

WALTER I. HARRIS v. THOMAS HARRIS.

December 22, 1980.

Petition for certification denied.

IN RE GRAND JURY SUBPOENA OF JOHN FIORINO.

January 13, 1981.

Petition for certification denied.

SAMUEL A. COMFORT v. NORMAN ANDERSON HOWARD.

January 20, 1981.

Petition for certification denied.